IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 02-264 Erie |
| v. | ) ) | Hon. Sean J. McLaughlin |
| | ) | Hon. Susan Paradise Baxter |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

**MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND
PROPOSED TESTIMONY OF MATTHEW J. MINNAUGH**

The United States of America requests this Court to exclude three of the four opinions in the expert report of Matthew J. Minnaugh, who is offered by plaintiffs as an expert witness, and any testimony related to these three opinions. Minnaugh's opinions that should be excluded are set forth on pages 2 through 6 of the expert report, and are:

1. Based on Minnaugh's personal experience, the use of the applicable federal rate ("AFR") over a fifteen year duration is a buyout term that meets the requirements of 26 U.S.C. §2703(b)(3);

2. The AFR satisfies 26 U.S.C. §2703(b)(3) as a matter of statutory interpretation; and

3. The AFR is a commercially reasonable rate for Smith FLP because the AFR exceeds the prime rate from time to time.

These three opinions are comprised of legal conclusions that are inadmissible and fall short of the required standards of reliability set forth in <u>In re Paoli Railroad Yard PCB Litig.</u>, 35 F.3d 717 (3d Cir. 1994), <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) and Fed. R. Evid. 702 because the opinions lack any analysis and methodology and are presented without support or substantiation.

WHEREFORE the United States moves the Court to exclude three opinions contained in Minnaugh's expert report and any proposed testimony related to the opinions.

Dated: July 18, 2005

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


/s/ *Lindsey W. Cooper Jr.*
IVAN C. DALE
LINDSEY W. COOPER JR.
Trial Attorneys, Tax Division
U.S. Department of Justice,
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6615, (202) 307-6528


/s/ *Christy C. Wiegand*
CHRISTY CRISWELL WIEGAND
Assistant United States Attorney
700 Grant Street, Suite 400
Pittsburgh, PA 15219
Tel: (412) 644-3500

*Counsel for the United States of America*

945036.1

- 3 -

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the MOTION TO PARTIALLY EXCLUDE THE EXPERT REPORT AND PROPOSED TESTIMONY OF MATTHEW J. MINNAUGH, SUPPORTING MEMORANDUM and PROPOSED ORDER were served upon counsel for the plaintiffs this 18th day of July, 2005, by sending a copy via ECF.

_/s/ Lindsey W. Cooper Jr._