IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 02-264 Erie |
| v. | ) ) | Hon. Sean J. McLaughlin |
| UNITED STATES, | ) ) ) | Hon. Susan Paradise Baxter |
| Defendant. | ) | |

## **PROPOSED ORDER**

Having considered the United States' motion to partially exclude the expert report and proposed testimony of Matthew J. Minnaugh, memorandum in support thereof, any response thereto and the entire record herein, and good cause having been shown, the _____ day of _____ 2005, it is hereby

ORDERED that the United States' motion to partially exclude the expert report and proposed testimony of Matthew J. Minnaugh is GRANTED; and it is further

ORDERED that the first three opinions contained in the expert report of Matthew J. Minnaugh concerning whether (1) the use of the applicable federal rate over a fifteen year duration is a buyout term that meets the requirements of 26 U.S.C. §2703(b)(3), (2) the AFR satisfies 26 U.S.C. §2703(b)(3) as a matter of statutory interpretation, and (3) the AFR is a commercially reasonable rate for Smith FLP because the AFR exceeds the prime rate from time to time are

946746.1

excluded, and Minnaugh is prohibited from testifying at trial to any of these three opinions contained in the expert report.

_____
UNITED STATES DISTRICT JUDGE