IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIDNEY E. SMITH III and )
JILL P. SMITH, Executors of the Estate of )
SIDNEY E. SMITH, JR., deceased, )
     Plaintiffs )
  )
     v. )   CIVIL ACTION NO. 02-264 ERIE
  )
UNITED STATES OF AMERICA, )
     Defendant )   ELECTRONICALLY FILED

## PROPOSED SUPPLEMENTAL QUESTIONS FOR VOIR DIRE

       Plaintiffs, Sidney E. Smith III and Jill P. Smith, Executors of the Estate of Sidney E. Smith, Jr., deceased, and by their attorneys, MacDonald, Illig, Jones & Britton LLP, and hereby files the plaintiff's proposed questions for Voir Dire to be asked in addition to those required under LR47.1(B).

     1.    Where do you live?

     2.    Who is your employer?

     3.    Have you ever served as a juror before?  If so, what was the nature of the case?

     4.    Do you subscribe to any of the following periodicals or newspapers:  Forbes, Fortune, Business Week, or Wall Street Journal?

     5.    Do you manage or direct, or have you managed or directed, investments in any personal or family retirement account?

6.     Have you, or any member of your family, ever worked for Erie Sand and Gravel, Company or Erie Navigation Company, Inc.?

Respectfully submitted,

s/W. Patrick Delaney
W. Patrick Delaney
PA23956
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
Fax:  (814) 454-4647
pdelaney@mijb.com

Attorneys for Plaintiffs
   Sidney E. Smith III and Jill P. Smith, Executors of
the Estate of Sidney E. Smith, Jr., Deceased

905251

PDF created with pdfFactory trial version www.pdffactory.com