IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 02-264 Erie |
| v. | ) ) ) | Hon. Sean J. McLaughlin Hon. Susan Paradise Baxter |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of the United States' motion *in limine* to exclude certain theories of recovery not raised in the claim for refund, it is ORDERED that:

1. The United States' motion *in limine* is GRANTED;

2. The plaintiffs are precluded from introducing evidence or arguing to the jury to the effect that the value of 100% of the corporate stock of Erie Navigation Company should be valued at less than the $5.2 million asserted in the claim for refund;

3. Any award to the plaintiffs shall not exceed the amount claimed in the claim for refund, together with any applicable interest, fees and costs; and

4. The Clerk of Court shall deliver conformed copies of this order to the persons listed below.

_____
UNITED STATES DISTRICT JUDGE

1343976.1

COPIES TO:

Ivan C. Dale
Lindsey W. Cooper Jr.
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

W. Patrick Delaney
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1498

1343976.1