IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDNEY E. SMITH III and ) | |
| JILL P. SMITH, Executors of the Estate of ) | |
| SIDNEY E. SMITH, JR., deceased, ) | |
|     Plaintiffs ) | |
| ) | |
|         v. ) | CIVIL ACTION NO. 02-264 ERIE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Defendant ) | |

**PLAINTIFFS' FIRST SUPPLEMENTAL PRETRIAL NARRATIVE STATEMENT**

Plaintiffs, Sidney E. Smith III and Jill P. Smith, Executors of the Estate of Sidney E. Smith, Jr., deceased, and by their attorneys, MacDonald, Illig, Jones & Britton LLP, file the following First Supplemental Pretrial Narrative Statement.

**I.**     **Exhibits**

        10.     Photograph of the vessel, Richard Reiss.

        11.     Photograph of the vessel J.S. St. John.

        12.     Photograph of the vessel Day Peckinpaugh.

        13.     Photograph of the vessel John R. Emery.

        14.     Aerial photograph, Erie, Pennsylvania facility.

PDF created with pdfFactory trial version www.pdffactory.com

15. Aerial photograph, Sandusky, Ohio facility.

16. Photograph of unloading of the Richard Reiss.

17. Photograph of unloading the J.S. St. John.

18. Photograph of unloading of the J.S. St. John.

19. Photograph of yard activities (front-loader and truck).

20. Photograph of yard activities (front-loader and truck).

Plaintiffs reserve the right to utilize at trial, and introduce into evidence, any document identified on the Pretrial Narrative Statement of the Defendant.

Respectfully submitted,

s/W. Patrick Delaney
W. Patrick Delaney
PA Supreme Court I.D. No. 23956
John A. Lauer
PA Supreme Court I.D. No. 78307
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7600

Attorneys for Plaintiffs

910544

PDF created with pdfFactory trial version www.pdffactory.com