# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

Sidney E. Smith, III
Jill P. Smith

vs

United States

No. 02-264 Erie   CIVIL

Time for Selection: _____

Date: 8-22-05

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | Valerie Benson | 10 | |
| 2 | Clara Bowen | 11 | |
| 3 | Robert Conner | 12 | |
| 4 | David Larkin | 13 | |
| 5 | Jeffrey Miller | 14 | |
| 6 | James Papson | 15 | |
| 7 | Barry Shrout | 16 | |
| 8 | David Wethli | 17 | |
| 9 | | 18 | |

### WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| James D. Cullen | Francis Burns |
| Gregory F. Pashke | |