## CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Civil Number | 02-264 Erie | Case closed | 9-28 2005 |
| Before Judge | Sean J McLaughlin | Judge Charges Jury | 9-28 2005 |
| Appears for Pltf. | Pat Delaney, Esq. | Jury Retires | 9-28 2005 |
| | Scott Stroupe, Esq | Verdict | 9-28 2005 |
| Appears for Deft. | Ivan Dale, Esq | | |
| | Lindsey Cooper, Esq | | |
| Appears for 3rd pty. | | | |

| | | | |
|---|---|---|---|
| Pltf. opens | 9-26 2005 | Bailiff in charge/Law Clerk | Jeff Grossett |
| Pltf. rest | 9-27 2005 | Court Reporter | Ron Bench |
| Pltf. close | 9-28 2005 | Deputy Clerk | Rebecca L. Humphry |
| Deft. opens | 9-27 2005 | | |
| Deft. rest | 9-28 2005 | | |
| Deft. close | 9-28 2005 | | |

### JURY

1. Valerie Benson
2. Chara Bowen
3. Robert Conner
4. David Larkin
5. Jeffrey Miller
6. James Papson
7. Barry Shrout
8. David Wethli

### TRIAL MOTIONS

Mtn in Limine [68] MOOT
Mtn in Limine [77] GRANTED
Oral Mtn for Dir. Verdict - DENIED

### TRIAL MEMORANDUM

#### Dates of Trial

| | | |
|---|---|---|
| Trial Opens | 9-26-05 | 2005 |
| Continues | 9-27-05 | 2005 |
| Continues | 9-28-05 | 2005 |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial closed | 9-28-05 | 2005 |
| Verdict | 9-28-05 | 2005 |