# UNITED STATES DISTRICT COURT

_Western_ DISTRICT OF _Pennsylvania_

_Smith et al_
v.
_U.S._

**EXHIBIT AND WITNESS LIST**

Case Number: _02-264 Erie_

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sean J McLaughlin | Pat Delaney, Esq | Ivan Dale, Esq / Lindsey Cooper |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Ron Bench | Rebecca L Humphrey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 4 | 9-26 | ✓ | ✓ | will of Sidney Smith, Jr. |
|  | 5 | " | ✓ | ✓ | will of Sidney Smith, Jr. |
|  | 34 | " | ✓ |  | Form 843 |
|  | 36 | " | ✓ |  | Financial Highlights |
| 1 |  | 9-26 | ✓ | ✓ | Ltd. P/S Agmt |
| 2 |  | " | ✓ | ✓ | 1998 tax return |
| 3 |  | " | ✓ | ✓ | notice of tax due |
| 4 |  | " | ✓ | ✓ | Request for refund |
| ✓ |  | 9-26 |  |  | James D. Cullen |
| ✓ |  | " |  |  | Gregory F. Pashke |
|  | 3 | 9-27 | ✓ | ✓ | consol. fin. report |
| 5 | ~~4~~ | " | ✓ | ✓ | consol. fin report |
| 6 | 6 | " | ✓ | ✓ | consol. fin report |
| 7 | 7 | " | ✓ | ✓ | consol. fin report |
| 8 | 8 | " | ✓ | ✓ | photo |
| 9 | 9 | " | ✓ | ✓ | photo |
| 10 | 10 | " | ✓ | ✓ | photo |
| 11 | 11 | " | ✓ | ✓ | photo |
| 12 | 12 | " | ✓ | ✓ | photo |
| 13 | 13 | " | ✓ | ✓ | photo |
| 14 | 14 | " | ✓ | ✓ | photo |
| 15 | 15 | " | ✓ | ✓ | photo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _2_ Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

Smith et al vs. U.S.    CASE NO. 02-264 Erie

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | 10 | 9-27 | ✓ | ✓ | photo |
| 17 | 10 | " | ✓ | ✓ | photo |
| 18 | 10 | " | ✓ | ✓ | photo |
| 19 | 10 | " | ✓ | ✓ | photo |
|  |  | 9-27 |  |  | Francis Burns |
|  | 10 | 9-27 | ✓ | ✓ | charts |
|  | 14 |  | ✓ | ✓ | charts |

Page 2 of 2 Pages