AO 189 (Rev. 2/83)

# JURY PANEL RECORD

| DISTRICT | CASE NUMBER |
|---|---|
| Western District of Pennsylvania, Erie Division | C.A. 02-264 ERIE |

| CASE TITLE | | |
|---|---|---|
| Sidney E. Smith, III, et al., etc. | v. | United States of America |

| ATTORNEYS | |
|---|---|
| W. Patrick Delaney, Esq. | Ivan Dale, Esq. & Lindsey Cooper, Esq. |

| PRESIDING JUDGE | DATE DRAWN |
|---|---|
| Sean J. McLaughlin | 8/22/2005 |

| NO. | NAME | Challenged by P | D | C | NO. | NAME | Challenged by P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| (1) | David Alan Wetnu | | | | 20 | | | | |
| 2 | ~~Thomas M. Fairley~~ | | #1 | | 21 | | | | |
| (3) | Valerie J. Benson | | | | 22 | | | | |
| 4 | ~~Gillian V. Winstone~~ | | #2 | | 23 | | | | |
| (5) | David E. Yerkin | | | | 24 | | | | |
| (6) | Barry C. Shrout | | | | 25 | | | | |
| (7) | James E. Papson | | | | 26 | | | | |
| 8 | ~~Patricia A. Wenzel~~ | #1 | | | 27 | | | | |
| 9 | ~~Richard J. Lyle~~ | | #2 | | 28 | | | | |
| (2) 10 | Jeffrey C. Miller | | | | 29 | | | | |
| 11 | ~~Brad Snyder~~ ~~Robert Borland~~ | | #3 | | 30 | | | | |
| (4) 12 | Clara G. Bowen | | | | 31 | | | | |
| 13 | ~~Stanton H. Kirsch~~ | #3 | | | 32 | | | | |
| (8) 14 | Robert L. Conner | | | | 33 | | | | |
| 15 | | | | | 34 | | | | |
| 16 | | | | | 35 | | | | |
| 17 | | | | | 36 | | | | |
| 18 | | | | | 37 | | | | |
| 19 | | | | | 38 | | | | |

## ALTERNATE JURORS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 6 | | | | | |
| 2 | | | | | 7 | | | | | |
| 3 | | | | | 8 | | | | | |
| 4 | | | | | 9 | | | | | |
| 5 | | | | | 10 | | | | | |

P = Plaintiff    D = Defendant    C = Court