Can we have a 10 min smoke break?

Can we award damages to reflect our 1% SFCP number

Jeffrey Miller - Jury Foreperson

Can we consider pending asbestos lawsuits for determining FAIR MARKET VALUE?

Jeffrey Miller - Foreperson