## INTERROGATORIES TO THE JURY

1. Did the Commissioner of the Internal Revenue Service make an error by setting a value that was greater than Fair Market Value for the gifts given in 1998 by Mr. Smith to his children?

   YES __X__

   NO _____

(If you answer "yes" to Question #1, proceed to Question #2. If you answer "no" to Question #1, stop and return to the courtroom.)

2. If you answered "yes" to Question #1, what is the 1998 Fair Market Value of a one percent (1%) limited partner interest in the Smith Family Limited Partnership as of January 5, 1998?

   $ __17,000__ .

3. If you answered "yes" to Question #1, what is the 1998 Fair Market Value of a one percent (1%) limited partner interest in the Smith Family Limited Partnership as of December 31, 1998?

   $ __16,300__ .

_____    __9/28/05_____
Foreperson                          Date

[Signatures of jurors]