AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__        DISTRICT OF         __PENNSYLVANIA__

SIDNEY E. SMITH, III, et al.

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    02-264 Erie

UNITED STATES

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that JUDGMENT be entered in favor of Plaintiffs Sidney E. Smith, III and Jill P. Smith against the United States in the amount of $635,781.14 representing a tax refund plus interest through September 29, 2005.

Approved: s/ Sean J. McLaughlin
United States District Judge

September 29, 2005
Date

Clerk

(By) Deputy Clerk