

# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: **November 21, 2002**

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340 Certificate of Assessments, and Payments, consisting of 2 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Sidney E Smith, 226 Shawnee Dr, Erie PA 16505, for Tax Period(s) 9812 Form 709.**

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

PAUL L. CZARNECKI
ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER
PHILADELPHIA SUBMISSION PROCESSING CENTER

Catalog Number 19002E                                                                 Form 2866 (Rev. 09-97)

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

SIDNEY E JR SMITH                           EIN/SSN:        -2495

TYPE OF TAX: U.S. GIFT TAX RETURN
FORM: 709         TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-15-1999 | RETURN FILED 28509-050-70000-9  199910 | | 262,243.00 | 03-22-1999 |
| 04-15-1999 | PAYMENT WITH RETURN | | 262,243.00 | |
| 10-17-2001 | RECEIVED POA/TIA | | | |
| 12-28-2001 | SUBSEQUENT PAYMENT | | 360,803.00 | |
| 02-05-2002 | REMOVED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 17547-444-00013-2  200208 | 360,803.00 | | 03-04-2002 |
| 03-04-2002 | RENUMBERED RETURN 17547-444-00013-2 | | | |
| 04-2002 | LEGAL SUIT PENDING | | | |

FORM 4340   (REV. 01-2002)              PAGE    1


CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

SIDNEY E JR SMITH                              EIN/SSN:        -2495


TYPE OF TAX: U.S. GIFT TAX RETURN
FORM: 709       TAX PERIOD: DEC  1998
---

BALANCE            0.00

---
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---
SIGNATURE OF CERTIFYING OFFICER: _[signature]_

PRINT NAME:       PAUL L. CZARNECKI

TITLE:  ACCOUNTING CONTROL/SERVICES OPERATIONS MANAGER

DELEGATION ORDER:            11

    .ATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 11/15/2002

FORM 4340  (REV. 01-2002)                     PAGE    2