# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 02-264 Erie |
| v. | ) ) ) | Hon. Sean J. McLaughlin Hon. Susan Paradise Baxter |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of the United States' motion to alter or amend judgment, it is ORDERED that:

1. The United States' motion to alter or amend judgment is GRANTED; and

2. The Clerk shall ENTER JUDGMENT in the amount of $439,865.19, plus interest accruing from October 14, 2005, according to 26 U.S.C. §§ 6611, 6621, and 28 U.S.C. § 1961(c)(1), until paid.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Ivan C. Dale
Lindsey W. Cooper Jr.
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

1379603.1

W. Patrick Delaney
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1498