IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 02-264 Erie |
| v. | ) ) ) | Hon. Sean J. McLaughlin Hon. Susan Paradise Baxter |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## MOTION FOR A NEW TRIAL

The United States of America moves the Court, pursuant to Fed. R. Civ. P. 59(a), for a new trial. In particular, the United States submits that the Court erred in its evidentiary ruling permitting the lay opinion testimony of Sidney E. Smith, III ("Smith III"), on the value of a 1% limited partnership interest in the Sidney E. Smith, Jr. Family Limited Partnership ("Smith FLP"), and that the jury undoubtedly relied on such improper testimony in reaching its verdict.

These grounds are more fully set forth in a memorandum in support of this motion, filed herewith. In addition, the United States relies upon the parties' pleadings, testimony and the entire record in this action.

A proposed form of order is submitted herewith.

//

//

//

WHEREFORE, the United States moves the Court for an order granting a new trial, as authorized by Fed. R. Civ. P. 59(a).

Dated:	October 14, 2005

        Respectfully submitted,

        MARY BETH BUCHANAN
        United States Attorney


        <u>/s/ Lindsey W. Cooper Jr.</u>
        IVAN C. DALE
        LINDSEY W. COOPER JR.
        Trial Attorneys, Tax Division
        U.S. Department of Justice,
        P.O. Box 227, Ben Franklin Station
        Washington, D.C. 20044
        Tel:  (202) 307-6615, (202) 307-6528


        <u>/s/ Christy C. Wiegand</u>
        CHRISTY CRISWELL WIEGAND
        Assistant United States Attorney
        700 Grant Street, Suite 400
        Pittsburgh, PA  15219
        Tel: (412) 644-3500

        *Counsel for the United States of America*