IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES, ) ) Defendant. ) | Civil Action No. 02-264 Erie<br><br>Hon. Sean J. McLaughlin<br>Hon. Susan Paradise Baxter |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of the United States' motion for a new trial, it is ORDERED that:

1. The United States' motion for a new trial is GRANTED;

2. The jury verdict, entered September 28, 2005, and the judgment, entered September 29, 2005, is hereby VACATED; and

3. A new trial shall be commenced on a date to be set by the Court.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Ivan C. Dale
Lindsey W. Cooper Jr.
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

1380905.1

W. Patrick Delaney
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1498