IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDNEY E. SMITH, III, et. al.,  )  <br> Plaintiff,  ) <br> ) <br> V  ) <br> ) <br> UNITED STATES  ) <br> Defendant.  ) | Civil Action No. 02-264 Erie |

## ORDER

AND NOW, this __18TH__ day of October, 2005, upon consideration of the Motion to

to Alter or Amend Judgment and Motion for a New Trial filed by the Defendant

IT IS HEREBY ORDERED that the Plaintiff file a Response to these Motions on or before

November 7, 2005

                                                                                                              S/Sean J. McLaughlin
                                                                                                              Sean J. McLaughlin
                                                                                                              United States District Judge

cc: All counsel of record.   NK