IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 02-264 Erie |
| v. | ) ) | Judge Sean J. McLaughlin |
| | ) | Mag. Judge Susan Paradise Baxter |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

The United States appeals to the United States Court of Appeals for the Third Circuit from the judgment, entered September 29, 2005, and from the Court's order, dated July 13, 2006, denying the United States' motion for new trial under Fed. R. Civ. P. 59(a) and denying the United States' motion to alter or amend judgment under Fed. R. Civ. P. 59(e).

//

//

//

//

//

//

//

//

//

1904114.1

Dated:       September 7, 2006

    Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


/s/ Ivan C. Dale_____
IVAN C. DALE
LINDSEY W. COOPER JR.
Trial Attorneys, Tax Division
U.S. Department of Justice,
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 307-6615, (202) 307-6528

_____

CHRISTY CRISWELL WIEGAND
Assistant United States Attorney
700 Grant Street, Suite 400
Pittsburgh, PA  15219
Tel: (412) 644-3500

**Counsel for the United States of America**