IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH III, et al., executors of the Estate of Sidney E. Smith, Jr., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 02-264 Erie |
| v. | ) ) | Judge Sean J. McLaughlin |
| | ) | Mag. Judge Susan Paradise Baxter |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEAL was served upon counsel for the plaintiffs this 7th day of September, 2006, by sending a copy via first-class mail, postage prepaid, addressed as follows:

>James D. Cullen, Esq.
>W. Patrick Delaney, Esq.
>John A. Lauer, Esq.
>MacDonald, Illig, Jones & Britton LLP
>100 State Street, Suite 700
>Erie, PA 16507-1498

>/s/ Ivan C. Dale
>IVAN C. DALE

- 1 -