UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4064

Smith v. USA

To:  Clerk

1)  Notice of Death also Construed as Motion by to Amend Caption

---

The foregoing Motion is granted.  Jill P. Smith, Co-Executor will be removed as a appellee.  The caption will be amended to read:

SIDNEY E. SMITH, III, Executor of
the Estate of Sidney E. Smith, Jr., deceased

v.

UNITED STATES OF AMERICA,
             Appellant

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: November 1, 2006
PDB/cc:  Michael J. Haungs, Esq.
         W. Patrick Delaney, Esq.