## IN THE UNITED STATES DISTRICT COURT

### FOR THE

### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIDNEY E. SMITH, III,<br>  Executor of the Estate<br>  of SIDNEY E. SMITH, JR.,<br>  Deceased, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-264 Erie |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Honorable Sean J. McLaughlin |
| Defendant. | ) | |

### SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid, the Clerk of the U.S. District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said Judgment of record.

_____
MacDonald, Illig, Jones & Britton
100 State Street, Suite 700
Erie, Pennsylvania  16507-1498

Dated this ___17TH___ day of ___April___ , 2007